**No. 53394.**—M. S. Walker, Inc. *v.* United States, protests 108746–K, etc. (Boston).

Opinion by JOHNSON, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.